IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Donald Winn, individually and on behalf of others similarly situated, ) | C/A No. 2:11-01571-MBS |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S MOTION TO COMPEL** |
| ) | |
| v. ) | |
| ) | |
| Jacobs Engineering Group, Inc., and Jacobs Field Services North America, Inc., ) ) | |
| ) | |
| Defendants. ) | |

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Civil Rule 37.01, Plaintiff Donald S. Winn moves to compel Defendants Jacobs Engineering Group, Inc., and Jacobs Field Services North America, Inc. to respond to Plaintiff's First Sets of Interrogatories and Requests for Production. Based on this motion and the accompanying memorandum, exhibits, and related materials filed in support, Plaintiff respectfully requests that the Court enter an Order compelling Defendants to provide adequate and complete responses to Plaintiff's interrogatories 1, 3, 5, 6, and 7 and document requests 1, 2, 3, 5, 7, 9, 8, 11, 12, 13, 14, and 15, and to grant such further relief as is just and necessary.

## CERTIFICATION

The undersigned certifies that prior to the filing of this Motion, Plaintiff's counsel conferred in good faith with Defendant's counsel in an effort to secure the information and materials requested without the need for Court action.

Dated: October 10, 2011         *s/ E. Brandon Gaskins*
                                E. Brandon Gaskins, SC Bar No. 9507
                                **HAGOOD & KERR, PA**

654 Coleman Blvd., Suite 100
Mount Pleasant, South Carolina 29464
Tel:  (843) 972-1000
Fax:  (843) 972-1005
E-mail:  bgaskins@HagoodKerr.com

**NICHOLS KASTER, PLLP**
Charles G. Frohman, MN Bar No. 0386695
    *Admitted pro hac vice*
Matthew H. Morgan, MN Bar No. 304657
    *Admitted pro hac vice*
4600 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
Email: morgan@nka.com
     frohman@nka.com

ATTORNEYS FOR PLAINTIFF
AND THOSE SIMILARLY SITUATED

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the following documents:

- Plaintiff's Motion to Compel;
- Plaintiff's Memorandum in Support of Motion to Compel, with Exhibits 1-9; and
- Declaration of Charles G. Frohman

with the Clerk of Court in the United States District Court for the District of South Carolina using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Tracey T Barbaree
Ogletree Deakins Nash Smoak and Stewart
One Ninety One Peachtree Tower
191 Peachtree NE, Suite 4800
Atlanta, GA 30303
404-881-1300
tracey.barbaree@ogletreedeakins.com

A Craig Cleland
Ogletree Deakins Nash Smoak and Stewart
One Ninety One Peachtree Tower
191 Peachtree NE, Suite 4800
Atlanta, GA 30303
404-881-1300
craig.cleland@ogletreedeakins.com

Benjamin P Glass
Ogletree Deakins Nash Smoak and Stewart
PO Box 1808
Charleston, SC 29402
843-853-1300
843-853-9992 (fax)
ben.glass@odnss.com

Lucille L Nelson
Ogletree Deakins Nash Smoak and Stewart
PO Box 1808
Charleston, SC 29402
843-853-1300
luci.nelson@ogletreedeakins.com

Justin M Scott
Ogletree Deakins Nash Smoak and Stewart
One Ninety One Peachtree Tower
191 Peachtree NE
Suite 4800
Atlanta, GA 30303
404-881-1300
justin.scott@ogletreedeakins.com

Matthew Hale Morgan
Nichols Kaster
80 S Eighth Street
Suite 4600
Minneapolis, MN 55402
612-256-3200
morgan@nka.com

Charles Godwin Frohman
Nichols Kaster
80 S Eighth Street
Suite 4600
Minneapolis, MN 55402
612-256-3200
frohman@nka.com

Dated: October 11, 2011                     *s/ E. Brandon Gaskins*
                                                        E. Brandon Gaskins, SC Bar No.
                                                        **Hagood & Kerr, PA**
                                                        654 Coleman Blvd., Suite 100
                                                        Mount Pleasant, South Carolina 29464
                                                        Tel:  (843) 972-1000
                                                        Fax:  (843) 972-1005
                                                        E-mail:  bgaskins@HagoodKerr.com