IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DONALD WINN, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> JACOBS ENGINEERING GROUP, INC. AND JACOBS FIELD SERVICES NORTH AMERICA, INC., <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 2:11-CV-01571-BHH |

**ORDER ON JOINT MOTION TO STAY**

Having reviewed the parties' Joint Motion to Stay this matter for a period of sixty (60) days, the Court finds the motion should be GRANTED.

All pending motions and deadlines shall be held in abeyance until March 20, 2012. The parties are further directed to provide the Court with a joint status report on or before March 20, 2012.

IT IS SO ORDERED.

s/Bruce Howe Hendricks
United States Magistrate Judge

January 23, 2012
Charleston, South Carolina