IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Donald Winn, individually and on behalf of others similarly situated, | ) ) ) | C/A No. 2:11-01571-MBS |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| Jacobs Engineering Group, Inc., and Jacobs Field Services North America, Inc., | ) ) ) ) | |
| Defendants. | ) | |

### JOINT STATUS REPORT AND REQUEST FOR EXTENSION OF STAY

Pursuant to the Court's April 23, 2012 Order [Dkt. No. 62], which granted the parties' joint motion to stay this matter for a period of 30 days, the parties respectfully submit this joint status report to inform the Court of the current status of this case and to request a further 30-day extension of the stay in order to complete the parties' settlement negotiations. The parties have reached an agreement in principal to resolve this action and are presently preparing the settlement agreement and a joint motion for settlement approval.

The parties therefore respectfully request that the stay be extended 30 days and that all pending motions and deadlines be held in abeyance during the stay. If the motion is granted, the parties will jointly move for settlement approval on or before June 18, 2012.

The parties submit that this stay is in the interest of judicial economy and is not sought for any improper purpose. Accordingly, the parties respectfully request that their motion be granted. A prepared order is attached for the Court's convenience.

2

Respectfully submitted this 21st day of May, 2012.

| **MOORE & VAN ALLEN** | **OGLETREE DEAKINS NASH SMOAK & STEWART** |
|---|---|
| *s/E. Brandon Gaskins* | *s/Benjamin P. Glass* |
| E. Brandon Gaskins, SC Bar No. 9507 | Benjamin P. Glass |
| 40 Calhoun Street, Suite 300 | P.O. Box 1808 |
| Charleston, SC 29401 | Charleston, SC 29402 |
| Tel: (843) 579-7000 | Tel: (843) 853-1300 |
| Fax: (843) 579-7099 | Fax: (843) 853-9992 |
| E-mail: brandongaskins@mvalaw.com | E-mail: ben.glass@odnss.com |
| and | **ATTORNEYS FOR DEFENDANTS** |

**NICHOLS KASTER, PLLP**

Charles G. Frohman, MN Bar No. 0386695
*Admitted pro hac vice*
Matthew H. Morgan, MN Bar No. 304657
*Admitted pro hac vice*
4600 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
Email: morgan@nka.com
frohman@nka.com

**ATTORNEYS FOR PLAINTIFFS**